# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLD KEITH ANDERSON,
Appellant,

vs.

D. DEAL; W. GITTERE; A. ALLRED; AND J. BORROWMAN,
Respondents.

No. 83540

**FILED**

OCT 06 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for default judgment. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No statute or court rule authorizes an appeal from a district court order denying a motion for default judgment. *See* NRAP 3A(b) (listing appealable determinations); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-28669

cc: Hon. Steve L. Dobrescu, District Judge
Arnold Keith Anderson
Attorney General/Carson City
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A